No. 21454.

Sam Isamu Fukaye, James Fukaye and Harry Fukaye
v. Public Service Company of Colorado, a
Colorado corporation.
(429 P.2d 293)

Decided June 26, 1967.    Rehearing denied July 17, 1967.

Berger, Lubow & Rothstein, for plaintiffs in error.

Lee, Bryans, Kelley & Stansfield, Albert J. Hamburg, John F. Dee, Jr., for defendant in error.

*In Department.*

Per Curiam.

The record and the briefs on file herein have been read and oral argument has been heard.

No reversible error appears, and no purpose would be served by an extended opinion.

The judgment is affirmed.

Mr. Chief Justice Moore, Mr. Justice Sutton and Mr. Justice Kelley concur.